B 6C (Official Form 6C) (12/07)

In re  George Farrell                              ,          Case No.  807-bk-05406-KRM
　　　　　　　Debtor                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $136,875.
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Family Home<br>1125 Second Ave | 11 U.S.C. 522(b)(3), Florida's TBE Law | unlimited | 989,000.00 |
| Tierra Verde, FL 33715 | Florida's Homestead Exemption, continous residence for over 40 months; Article 10 Section 4(a)(1) of the Florida Constitution | unlimited | 989,000.00 |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re:

George T Farrell

Chapter 7
Case No.:8:07-bk-05406-KRM

Debtor

### DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, George Farrell declare under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").
2. The Information contained in the "Verified Document(s)" is true and correct to the best of my knowledge and belief.
3. I understand that the "Verified Document(s)" are to be filed in electronic form with the United States Bankruptcy court in connection with the above captioned case.

_/s/ George T Farrell_

George T Farrell

Signature of Debtor                                    Signature of Co-Debtor

Verified Document(s)

| Description | Date Executed | Date Filed |
|---|---|---|
| 2nd Amended Schedule C | 02/29/08 | 03/18/08 |

# United States Bankruptcy Court

In re  George Farrell ,                              Case No.  8:07-bk-05406
           Debtor
                                                     Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $3,639,000.00 | | |
| B - Personal Property | YES | 2 | $2,691,400.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | NO | 0 | | $3,585,126.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $138,000.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $3,000.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $-2,292.00 |
| TOTAL | | | $6,330,400.00 | $3,723,126.00 | |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

    GEORGE T. FARRELL                    Case No. 8:07-bk-05406-KRM
                                                               Chapter 7
                                Debtor


      The above-named Debtor(s) hereby certifies that a true and correct copy of the amendment to schedules C has been served by electronic transmission and by U.S. Certified Mail to the attached list of creditors and parties on the matrix filed with the Court

This 18th day of March, 2008.


*Rudolph C. Campbell* (signature)

Rudolph C. Campbell, Esq.
FBN 0159824
4203 N. Nebraska Ave
Tampa, Florida 33603
(813) 231-4600 Phone
(813) 931-8395 Fax

```
Label Matrix for local noticing        Countrywide Home Loans, Inc.        Pinellas County
113A-8                                  c/o Natalie K. Curts                315 Court Street, 6th Floor
Case 8:07-bk-05406-KRM                  3185 S. Conway Rd. Suite E          Clearwater, FL 33756-5165
Middle District of Florida              Orlando, FL 32812-7315
Tampa
Tue Mar 18 11:36:01 EDT 2008

Pinellas County Tax Collector           United States Trustee - TPA7  7     (p)W S BADCOCK
Attn: Betty A Gramley, Tax Manager      Timberlake Annex, Suite 1200        P O BOX 232
PO Box 2943                             501 E Polk Street                   MULBERRY FL
Clearwater, FL 33757-2943               Tampa, FL 33602-3949                33860-0232


United States Bankruptcy Court          Anthony M. Jones                    B-Real, LLC
Sam M. Gibbons United States Courthouse 600 Cleveland Street                MS 550
801 North Florida Avenue Suite 727      Suite 800                           PO Box 91121
Tampa, FL 33602-3848                    Clearwater, FL 33755-4153           Seattle, WA 98111-9221


Boat Loan Financing                     Brian Leung                         Countrywide Home Loans
127 Public Square                       201 N. Armenia Ave                  PO Box 961206
Cleveland, OH 44114-1221                Tampa, FL 33609-2303                Fort Worth TX 76161-0206


Department of Revenue                   Flexline Dept                       George T. Farrell
PO Box 6668                             1901 5th Avenue, North              1125 Second Avenue South
Tallahassee FL 32314-6668               8th FL                              Tierra Verde, FL 33715-2251
                                        Birmingham, AL  35203


Innovative Bank                         Internal Revenue Service            Internal Revenue Service
Attn: S.A.D.                            3848 W. Columbus, Ste A             Attn Chief Insolvency
360 14th Street                         Tampa, FL 33607-5768                PO Box 21125
Oakland, CA 94612-3200                                                      Philadelphia PA 19114-0325


Key Bank                                Nikki Davidson                      Office of US Attorney
127 Public Square                       3848 W. Columbus, Ste A             Attn Civil Process Clerk
Cleveland, OH 44114-1221                Tampa, FL 33607-5768                400 North Tampa St Suite 3200
                                                                            Tampa FL 33602-4774


Pat Milam                               Pinellas County Economic Dev        SOHO Dept
8225 Richmond Street                    600 Cleveland Street, Suite 800     360 14th Street
Gibsonton, FL 33534-5054                Clearwater, FL 33755-4153           Oakland, CA 94612-3200


Tierra Verde Community Assoc., Inc.     George T Farrell                    Rudolph C Campbell
Attn: Nancy Aspesi, Admn Asst           235 Apollo Beach Blvd., #220        4203 N. Nebraska Ave.
c/o Arnold & Burguieres, Atty           Apollo Beach, FL 33572-2251         Tampa, FL 33603-4115
1701 ML King St North
St Petersburg, FL 33704-4205


Rudolph C Campbell                      Traci K. Stevenson
The Law Office of Rudolph C. Campbell   P O Box 86690
4203 North Nebraska Avenue              Madeira Beach, FL 33738-6690
Tampa, FL 33603-4115
```

In re  George T Farrell
_____
       Debtor

Case No.  8:07-bk-05406-KRM
          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __2__ sheets *(total shown on summary page plus 2)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  021508

Signature: _____
                        Debtor:

Date _____

Signature:  Not Applicable
            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,
of Bankruptcy Petition Preparer

Social Security No.
*(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____
Signature of Bankruptcy Petition Preparer

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 2),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.