UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

GEORGE T. FARRELL
AKA GEORGE FARRELL
1125 Second Avenue South
Tierra Verde, FL 33715,

CHAPTER 7
Case No. 8:07-bk-05406-KRM

    Debtor.
_____/

## AMENDED ORDER ON THE TRUSTEE'S SECOND AMENDED MOTION TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE AND REQUEST TO REVOKE DEBTOR'S DISCHARGE

This case came on for Final Evidentiary Hearing on May 27, 2008 upon the Second Amended Motion to Compel Turnover of Property of the Estate and Request to Revoke Debtor's Discharge (Docket No. 98) filed by the Chapter 7 Trustee, Traci K. Stevenson (the "Trustee"). An Order on the Trustee's Second Amended Motion to Compel Turnover of Property of the Estate and Request to Revoke Debtor's Discharge (Docket No. 105) (the "Order") was entered by this Court on June 11, 2008. However, in the process of electronically submitting the Order for entry, a block of text was lost, causing the necessity of Amending the Order for completeness and accuracy.

Therefore, for the reasons stated orally and recorded in open court, that shall constitute the decision of the Court, it is ORDERED as follows:

1.    The Court finds that the defenses raised by the Debtor, George T. Farrell (the "Debtor"), are not credible or legally sustainable.

1

2.      The below-mentioned real and personal property items, set forth in paragraphs 3 and 6 below, have been established as assets that were owned by the Debtor on or before the date of filing, June 26, 2007 (the "Petition Date") (hereinafter collectively referred to as "Assets").

3.      The Debtor shall hereby turnover to the Trustee the following Assets within 30 days from the date of entry of this Order:

a.      The $400 security deposit with Progress Energy;

b.      One-half of the household goods and furnishings located at 1125 Second Avenue South, Tierra Verde, FL 33715 (the "Tierra Verde Property"), 6514 Abaco Drive, Apollo Beach, FL 33572 (the "Apollo Beach Property"), and any other location where the household goods and furnishings are presently stored;

c.      The Apollo Beach Property located at 6514 Abaco Drive, Apollo Beach, FL 33572, in accordance with paragraphs 4 and 5 below;

d.      One-half of the books, pictures, antiques, and collections or collectibles located at the Tierra Verde Property and any other location where the books, pictures, antiques, and collections or collectibles are presently stored;

e.      All of the Debtor's wearing apparel, including but not limited to the wearing apparel located in the trunks of vehicles, or at the Tierra Verde Property, or at the Apollo Beach Property;

f.      The Debtor's Rolex watch, which was previously turned over by the Debtor at the Meeting of Creditors to the Trustee, and the Debtor's Wedding Ring;

g.      The office equipment located at the Tierra Verde Property, and any other location where the office equipment is presently stored;

h.      Any and all book royalties to be received by the Debtor, including all contact information for any book agent, literary agent, publisher or any other agency that controls the distribution of said book royalties;

i.      The 1998 Mercedes-Benz ML 320;

j.      The 1998 Mercedes-Benz C230;

k.      The 1999 30' Bayliner Fiberglass Pleasure Vessel, or in lieu of turning this boat over to the Trustee, documentation to the Trustee's satisfaction establishing that it is no longer in the Debtor's possession, including but not limited to documentation reflecting a sale of same, such as a bill of sale or closing statement, or other records indicating where the boat was located, how it was disposed of, and where it was delivered, including the location of the boat dock, and the trailer number, or the license plate number for the trailer;

l.      The 1993 16'9" Wellcraft Fiberglass Vessel, or in lieu of turning this boat over to the Trustee, documentation to the Trustee's satisfaction establishing that it is no longer in the Debtor's possession, including but not limited to documentation reflecting a sale of same, such as a bill of sale or closing statement, or other records indicating where the boat was located, how it was disposed of, and where it was delivered, including the location of the boat dock, and the trailer number, or the license plate number for the trailer;

m.      Any and all books and records for Milmarson Development, LLC. Furthermore, the Trustee is deemed the sole member of Milmarson Development, LLC; therefore, all assets of Milmarson Development, LLC are property of the bankruptcy estate, governed by the Trustee, and not the Debtor;

4.      The Trustee is hereby authorized to file a Lis Pendens on the Apollo Beach Property upon the entry of this Order;

3

5. The Debtor shall turnover the Apollo Beach Property to the Trustee within 30 days from the date of entry of this Order, by executing a Warranty Deed;

6. The Debtor shall turnover to the Trustee, within 30 days from the date of entry of this Order, 20 percent of the net amount realized from the sale of the real property located at 13400 Pine Street, Largo FL, in accordance with the Assignment of Interest in Real Property and Project executed by the Debtor, and one-half of the yearly rents due from Terra Excavation, in accordance with the Assignment of Interest in Real Property and Project executed by the Debtor, or alternatively, these Assets are deemed property of the bankruptcy estate, governed by the Trustee, and not the Debtor. Moreover, the Trustee is hereby authorized to contact Nick Kotaiche to intercept all payments relating to same in the future;

7. The Trustee is hereby authorized to sell such Assets as are in her possession upon due notice to creditors and to the Debtor;

8. In lieu of the Debtor turning over the above-mentioned Assets, the Debtor may hire an appraiser to value the Assets and may negotiate an amount to be paid to the Trustee, at the sole discretion of the Trustee, taking into consideration the amount of the administrative claims and the unsecured creditors' claims;

9. The Court reserves jurisdiction to implement or enforce all terms of this Order.

DONE AND ORDERED in Tampa, Florida on _June 16, 2008_.

_____
The Honorable K. Rodney May
United States Bankruptcy Judge

Copies furnished to:
Iurillo & Associates, P.A., 600 1st Avenue North, Suite 308, St. Petersburg, FL 33701;
Traci K. Stevenson, Trustee, P.O. Box 86690, Maderia Beach, FL 33738;
Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602;
Debtor, George T. Farrell, 235 Apollo Beach Blvd., # 220, Apollo Beach, FL 33572-2251; and
Rudolph C. Campbell, Esq., 4203 N. Nebraska Ave., Tampa, FL 33603.