UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

CHAPTER 7

GEORGE T. FARRELL
AKA GEORGE FARRELL

Case No. 8:07-bk-05406-KRM

Debtor.

_____/

## ORDER DIRECTING STATE OF FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES TO FREEZE TITLE OF VESSEL

This case came on for Hearing on August 26, 2008 upon the Trustee's Motion for Contempt and Sanctions Against the Debtor for Violating a Bankruptcy Court Order (Docket #114 filed July 18, 2008) and Supplemental Motion for Contempt and Sanctions Against the Debtor for Violating a Bankruptcy Court Order (Docket #126 filed July 30, 2008) (hereinafter referred to as "the Motions") filed by the Chapter 7 Trustee, Traci K. Stevenson (the "Trustee"). For the reasons stated orally and recorded in open court, that shall constitute the decision of the Court, it is ORDERED as follows:

1.  The Court hereby directs the State of Florida Department of Highway Safety and Motor Vehicles, Division of Motor Vehicles, to freeze title to the following vessel presently titled and/or registered in the Debtor's name, GEORGE TIMOTHY FARRELL, date of birth August 28, 1961:

**1993 Wellcraft Fiberglass Vessel, Identification Number WELA9756F393**

2.  Should the Debtor, GEORGE TIMOTHY FARRELL, or any other person or entity, attempt to change or transfer title to the above-mentioned vessel, the State of Florida

1

Department of Highway Safety and Motor Vehicles, Division of Motor Vehicles, shall effectuate no such change or transfer and immediately contact the Chapter 7 Trustee in care of her attorneys, Iurillo & Associates, P.A., 600 First Avenue North, Suite 308, St. Petersburg, Florida 33701.

DONE AND ORDERED in Tampa, Florida on Sept. 9, 2008.

The Honorable K. Rodney May
United States Bankruptcy Judge

Copies furnished to:

Iurillo & Associates, P.A., 600 1st Avenue North, Suite 308, St. Petersburg, FL 33701;
Traci K. Stevenson, Trustee, P.O. Box 86690, Maderia Beach, FL 33738;
Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602;
Debtor, George T. Farrell, 235 Apollo Beach Blvd., # 220, Apollo Beach, FL 33572-2251; and
Rudolph C. Campbell, Esq., 4203 N. Nebraska Ave., Tampa, FL 33603.