UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

                                                    CHAPTER 7

**GEORGE T. FARRELL**                      Case No. 8:07-bk-05406-KRM
**AKA GEORGE FARRELL**

    **Debtor.**

_____/

## ORDER GRANTING TRUSTEE'S MOTION AND SUPPLEMENTAL MOTION FOR CONTEMPT AND SANCTIONS AGAINST THE DEBTOR

This case came on for Hearing on August 26, 2008 upon the Trustee's Motion for Contempt and Sanctions Against the Debtor for Violating a Bankruptcy Court Order (Docket #114 filed July 18, 2008) and Supplemental Motion for Contempt and Sanctions Against the Debtor for Violating a Bankruptcy Court Order (Docket #126 filed July 30, 2008) (hereinafter referred to as "the Motions") filed by the Chapter 7 Trustee, Traci K. Stevenson (the "Trustee"). For the reasons stated orally and recorded in open court, that shall constitute the decision of the Court, it is ORDERED as follows:

1. The Trustee's Motions are hereby granted as set forth herein.

2. The Debtor shall have twenty-one (21) days from the date of this Order to purge his contempt, with respect to the Debtor's failure to comply with terms of the Bankruptcy Court Order (Docket #107).

1

3. In the event the Debtor does not purge his contempt within the 21-day period, the Court may consider the following: ~at a hearing to be scheduled upon the trustee's filing of an affidavit of continued non-compliance by debtor, KRM

   a) Awarding sanctions against the Debtor in favor of the Trustee in the amount of $5,000;

   b) Ordering Law Enforcement to accompany the Trustee to inspect any and all of the Debtor's assets, at a specified date and time;

   c) Ordering Incarceration of the Debtor; and

   d) Denying the Debtor's discharge in this bankruptcy case.

DONE AND ORDERED in Tampa, Florida on Sept. 9, 2008.

_____
The Honorable K. Rodney May
United States Bankruptcy Judge

Copies furnished to:

Iurillo & Associates, P.A., 600 1st Avenue North, Suite 308, St. Petersburg, FL 33701;
Traci K. Stevenson, Trustee, P.O. Box 86690, Maderia Beach, FL 33738;
Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602;
Debtor, George T. Farrell, 235 Apollo Beach Blvd., # 220, Apollo Beach, FL 33572-2251; and
Rudolph C. Campbell, Esq., 4203 N. Nebraska Ave., Tampa, FL 33603.