UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

**GEORGE T. FARRELL**
**AKA GEORGE FARRELL**

CHAPTER 7
Case No. 8:07-bk-05406-KRM

Debtor.

_____/

ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO IMMEDIATELY
TAKE POSSESSION OF AND SELL THE 1998 MERCEDES C230 AND
ONE-HALF OF THE HOUSEHOLD GOODS AND FURNISHINGS LOCATED AT
1125 2ND AVENUE SOUTH, TIERRA VERDE, FL 33715, AND TO
IMMEDIATELY SELL ALL PROPERTY IN THE TRUSTEE'S POSSESSION

This case came on for Status Conference on December 2, 2008. For the reasons stated orally and recorded in open court, that shall constitute the decision of the Court, it is ORDERED as follows:

1. The Chapter 7 Trustee, Traci Stevenson ("Trustee"), is authorized to take immediate possession of the 1998 Mercedes-Benz C230, VIN: WDBHA23G2WA580969, Title Number: 73941316 (the "Vehicle"), listed in the debtor's schedules and titled in the debtor's name, and to sell the Vehicle for the benefit of the bankruptcy estate, wherever that Vehicle may be located. The Court hereby authorizes and directs the U.S. Marshal or a Deputy U.S. Marshal to accompany and assist the Trustee in order to accomplish same, to enter the premises where the Vehicle is located, and to use whatever force is necessary to effect the Trustee's recovery of the Vehicle.

2. The Trustee is authorized to take immediate possession of one-half of the household goods and furnishings (the "Property") located at 1125 2nd Avenue South, Tierra Verde, FL 33715 (the "Tierra Verde Address"), and to sell the Property for the benefit of the

1

bankruptcy estate, wherever the Property may be located. The Court hereby authorizes and directs the U.S. Marshal or a Deputy U.S. Marshal to accompany and assist the Trustee in order to accomplish same, to enter the Tierra Verde Address, and to use whatever force is necessary to effect the Trustee's possession of the Property.

3. The Property includes the following items, as set forth in the Report of Appraiser prepared by James W. Sosnowski and attached hereto as Exhibit A: 2 mountain bikes, IBM desktop, HP laser jet printer, Lexmark printer, corner computer desk, black chair, 2 fax machines, metal file, chaise/round side table, wood phone bench, floor lamp, cherry table set, leather sofa/loveseat, washer/dryer, 6 wicker bar stools, Emerson 19" television, Magnavox DVD player, Sharper Image CD stereo, wood table with 4 chairs, 3 iron bar stools, wood grain armoire, Zenith 32" television, and any and all men's clothing.

4. The Trustee is authorized to sell the Property upon its recovery.

5. The Debtor and Veatrice Farrell are each hereby directed to cooperate with the U.S. Marshal or Deputy U.S. Marshal, including but not limited to granting access to the Tierra Verde Address and to the location where the Vehicle is located to the U.S. Marshals Service, the Trustee, her representatives, and any other persons necessary to carry out the purposes of this Order, and permitting removal of the Property and the Vehicle.

6. If either the Debtor or Veatrice Farrell refuse to cooperate, the U.S. Marshal or Deputy U.S. Marshal is authorized to use such force as is necessary to obtain the Trustee's possession of the Vehicle and the Property. Such means include, but may not be limited to, employing the services of a locksmith as appropriate.

7. All entities, including but not limited to the Debtor and Veatrice Farrell, their agents, servants, employees, and attorneys, and upon those persons in active concert or

participation with them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from removing or destroying the Vehicle or any Property until after the Trustee has obtained possession of the Vehicle and the Property.

8. The Trustee is authorized to pay the fees and expenses of the U.S. Marshal without further order of this court.

9. The U.S. Marshal shall be held harmless by parties in interest for any acts related to carrying out the terms of this order.

10. The Trustee is authorized to immediately sell the 1998 Mercedes-Benz ML320, VIN: 4JGAB54E3WA005077, Title Number: 85819085 in its possession, and the Debtor's wearing apparel in its possession, for the benefit of the bankruptcy estate.

11. The Debtor and/or any other person or entity may immediately purchase any of the above items from the Trustee by paying in cash the fair market value of the item sought to be purchased, such fair market value shall be determined at the sole discretion of the Trustee. However, the Trustee shall not be responsible or liable in any manner should the item sought to be purchased be auctioned off or sold to a 3rd party before the Debtor and/or any other person or entity delivers funds in cash to the Trustee.

12. This Order shall be deemed entered and effective immediately upon issuance by the Court.

DONE AND ORDERED in Tampa, Florida on _Dec. 16, 2008_.

_____
The Honorable K. Rodney May
United States Bankruptcy Judge

Copies furnished to:
Iurillo & Associates, P.A., 600 1st Avenue North, Suite 308, St. Petersburg, FL 33701;
Traci K. Stevenson, Trustee, P.O. Box 86690, Maderia Beach, FL 33738;
Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602;
Veatrice Farrell, 1125 Second Avenue South, Tierra Verde, FL 33715;
Debtor, George T. Farrell, 235 Apollo Beach Blvd., # 220, Apollo Beach, FL 33572-2251
Rudolph C. Campbell, Esq., 4203 N. Nebraska Ave., Tampa, FL 33603.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

GEORGE T. FARRELL  
AKA GEORGE FARRELL

CHAPTER 7  
Case No. 8:07-bk-05406-KRM

Debtor.

### REPORT OF APPRAISER

I HEREBY APPRAISE the following property located at: 1125 2nd Ave. S., Tierra Verde, FL 33715.

4. Household goods and furnishings, including audio, video, and computer equipment:

| Item | Value |
|---|---|
| Mountain bike(2) | $ 70.00 |
| IBM desktop | $ 60.00 |
| HP laser jet printer | $ 50.00 |
| Lexmark printer | $ 15.00 |
| Corner computer desk | $ 20.00 |
| Black chair | $ 10.00 |
| Fax machine(2) | $ 20.00 |
| Metal file | $ 10.00 |
| Chaise/ round side table | $ 10.00 |
| Wood phone bench | $ 20.00 |
| Floor lamp | $ 5.00 |
| Cherry table set | $ 40.00 |
| Leather sofa/ loveseat | $ 125.00 |
| Washer/ dryer | $ 200.00 |
| Wicker bar stool(6) | $ 60.00 |
| Emerson 19" TV | $ 35.00 |
| Magnavox DVD | $ 10.00 |
| Sharper Image CD stereo | $ 75.00 |
| Wood table w/ 4 chairs | $ 60.00 |
| Iron bar stool(3) | $ 15.00 |

Page 1



EXHIBIT A

IN RE:

GEORGE T. FARRELL  
AKA GEORGE FARRELL

CHAPTER 7  
Case No. 8:07-bk-05406-KRM

4. Household goods and furnishings, including audio, video, and computer equipment cont;

| | |
|---|---|
| Kenmore refrigerator | $ 150.00 |
| Eureka vacuum | $ 40.00 |
| Wood grain dresser | $ 10.00 |
| Asst. kitchenware | $ 45.00 |
| TV/VCR combo | $ 15.00 |
| Hitachi 48" TV | $ 150.00 |
| King bed | $ 75.00 |
| Wood dresser | $ 15.00 |
| Ball and claw end table | $ 15.00 |
| Wood grain armoire | $ 30.00 |
| Zenith 32" TV | $ 75.00 |
| Day bed | $ 25.00 |
| Wood grain desk | $ 15.00 |
| Casio keyboard | $ 50.00 |
| Paper shredder | $ 5.00 |
| Metal file | $ 20.00 |
| Kids bike(2) | $ 30.00 |
| Fishing pole(2) | $ 10.00 |

SUBTOTAL: $1,685.00

6. Wearing apparel:

| | |
|---|---|
| Her clothing | $ 75.00 |
| His Clothing | $ 45.00 |

SUBTOTAL: $ 120.00

IN RE:

| | |
|---|---|
| GEORGE T. FARRELL<br>AKA GEORGE FARRELL | CHAPTER 7<br>Case No. 8:07-bk-05406-KRM |

7. Furs and Jewelry:

| | |
|---|---|
| Assorted Costume Jewelry | $   30.00 |
| 14 KWG ½ ct. Solitaire | $ 300.00 |
| SUBTOTAL: | $ 320.00 |

Itemized totals:

| | |
|---|---|
| 4 Household goods and furnishings: | $1,685.00 |
| 6. Wearing apparel: | $ 120.00 |
| 7. Furs and jewelry: | $ 320.00 |
| GRAND TOTAL | $2,125.00 |

Respectfully Submitted,

/s/ James W. Sosnowski

_____

James W. Sosnowski

Page 3