**[8applet]** [Letter to Appellant]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, Florida 33602–3899

CHAS. G. KILCOYNE                                            Telephone:

Deputy−in−Charge                                             (813)−301− 5129

December 29, 2008

Dear Veatrice Farrell
Re: Case No. 8:07−bk−05406−KRM

    On December 23, 2008 you Veatrice Farrell filed a Notice of Appeal in the above−referenced case.

    When filing the "Designation of Record", as required by Fed. R. Bank. P. 8006, please indicate by document number the items to be included in the record to the district court. However, it will not be necessary to provide a copy of the items designated, unless otherwise directed to do so by separate notice. The Clerk's office will be transmitting the record on appeal electronically.

    If you intend to designate a transcript, a Purchase Order for Transcript is available on the court's web site at www.flmb.uscourts.gov. Go to Forms and click on Purchase Order for Transcript. When ordering the transcript please complete all of the items on the purchase order form and **mail** the form to the appropriate Court Reporter and or Court Reporter Service. The Court Reporter Service for <u>Chief Judge Glenn, Judge Paskay, and Judge McEwen</u> is Johnson Transcription Service, 7702 Lake Cypress Drive, Odessa, FL 33556, (813) 920−1466; <u>Judge May and Judge Williamson</u> − Digital Audio Courtroom Reporting System. Requests for transcripts should be directed to a certified court reporting transcription service. For further information regarding digital audio recording and/or request forms for CD copies of hearings, please visit the court's web site at http://www.flmb.uscourts.gov/technology/default.htm.

                                             FOR THE COURT
                                             Jeanine F.
                                             Deputy Clerk