# DOCUMENT ENTERED IN ERROR

# PDF IMAGE REMOVED