# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FARRELL, GEORGE T | § | Case No. 8:07-bk-05406-KRM |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter      of the United States Bankruptcy Code on         .  The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

      Funds were disbursed in the following amounts:

      Administrative expenses
      Payments to creditors
      Non-estate funds paid to 3rd Parties
      Payments to the debtor

      Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/TRACI K. STEVENSON_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1
Exhibit A

Case No: 07-05406  KRM  Judge: K. RODNEY MAY  
Case Name: FARRELL, GEORGE T  
For Period Ending: 08/02/10

Trustee Name: TRACI K. STEVENSON  
Date Filed (f) or Converted (c): 06/26/07 (f)  
341(a) Meeting Date: 07/25/07  
Claims Bar Date: 11/26/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 680,000.00 | 0.00 | DA | 0.00 | FA |
| amended value to $680,000.00, all liened | | | | | |
| 2. vacant land | 2,650,000.00 | 0.00 | DA | 0.00 | FA |
| 3. DEPOSITS | 400.00 | 200.00 | | 200.00 | FA |
| 4. HOUSEHOLD GOODS | 20,000.00 | 0.00 | DA | 0.00 | FA |
| amended value to $400.00, original schedules $20,000.00 | | | | | |
| 5. BOOKS AND ART OBJECTS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL | 8,000.00 | 0.00 | DA | 0.00 | FA |
| amended value,$380.00; original scheduled value $8,000.00 | | | | | |
| 7. JEWELRY | 10,000.00 | 1,760.00 | | 1,760.00 | FA |
| 8. interest in milmarson develpment | 2,650,000.00 | 0.00 | DA | 0.00 | FA |
| 9. OFFICE EQUIPMENT | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10. MISC - ROYALTY CHECK (u) | 0.00 | 116.31 | | 116.31 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 18.09 | FA |
| 12. COMPROMISE re Adversary (u) | 0.00 | 8,500.00 | | 8,500.00 | FA |
| 13. 1998 MERCEDES C230 (u) | 0.00 | 2,970.00 | | 2,970.00 | FA |
| 14. 1998 MERCEDES ML 320 (u) | 0.00 | 3,850.00 | | 3,850.00 | FA |
| 15. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 16. FORD EXPEDITION | 35,000.00 | 0.00 | DA | 0.00 | FA |
| AMENDED SCHEDULES | | | | | |
| 17. REGAL BOAT | 45,000.00 | 0.00 | DA | 0.00 | FA |
| AMENDED SCHEDULES | | | | | |

TOTALS (Excluding Unknown Values)    $6,101,400.00    $17,396.31    $17,414.40    Gross Value of Remaining Assets  $0.00

(Total Dollar Amount in Column 6)

LFORM1
UST Form 101-7-TFR (9/1/2009) (Page: 3)
Ver: 15.10d

Case 8:07-bk-05406-KRM    Doc 238    Filed 08/18/10    Page 4 of 13

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 07-05406    KRM    Judge: K. RODNEY MAY | Trustee Name: | TRACI K. STEVENSON |
| Case Name: | FARRELL, GEORGE T | Date Filed (f) or Converted (c): | 06/26/07 (f) |
| | | 341(a) Meeting Date: | 07/25/07 |
| | | Claims Bar Date: | 11/26/07 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

needs to change 341. has an LLC July 13, 2007 (TS)// took rolex, sell, send appr. on PP. ex. ok. August 22, 2007, 11:46 am// sent to camille iurillo. September 04, 2007 (TS)// obj. to ex. September 20, 2007 (TS) // rcvd tc from Sara REichardson 464-3354 x 43131. I lm that I hired Camille September 20, 2007 (TS)// hrg today, w/ debtor, he is trying to dismiss. wife threatened camille, had to have marshall escort to car. January 08, 2008 (TS)// see attached e-m  February 19, 2008, 10:03 am// see attached eom March 06, 2008 (TS)//see attached e-mail March 24, 2008 (TS)// tc w/ atty iurillo, will amend complaint for turnover o boats and autos. trustee went to address in tierra verde and no autos or boats, prop. is vacant.April 10, 2008, 03:38 pm// lm for karenh at camille's office, yes I will be at the trial on tues. 5/27 bvMay 18, 2008, 09:03 pm// made criminal referral June 14, 2008, 01:38 pm//cal for turnover from ord on 7/17/08 June 19, 20September 04, 2008, 03:21 pm 8 (TS)// NO TURNOVER, SHOW CAUSE ORDER WILL BE ISSUED// see att. e-m September 18, 2008, 05:13 pm// see update on att e-m from camille October 08, 2008 (TS)// see another e-m from atty uirillo October 21, 2008 (TS)// msg from atty office, debtor agreed to pay $20,000 over 4 month period. compr. will be filed November 03, 2008 (TS)//// see attached appra. by e-m November 18, 2008 (TS)// see e-m re: pick up stuff w/ marshall's. , appeal filed by wife, wait to see January 15, 2009 (TS)//see attached e-m on compr. of sale of mercedesJune 14, 2009, 11:47 am spoke with george to get title for car dropped of at bay area he said he would look for title if he can not find it he will get replacementJuly 13, 2009, 03:10 pm (AH)nos filed for 2nd mercedes.September 09, 2009 (BW)// sending wathc to Haypennie appr. September 15, 2009 (TS)//      app to pay and order filed.October 13, 2009 (BW)      FILED APP TO PAY & ORDER ON MERCEDES.November 16, 2009 (BW)     FILED BOS FOR MERCEDES TO BUYER AT AUCTION.November 16, 2009 (BW)// merc. sold, anything else? ck file before closing. January 17, 2010 (TS)        FILED APP AND ORDER TO PAY AUCTIONEER.January 26, 2010 (BW)//     fee app from atty attached February 05, 2010 (TS)/     see e-m from debot threatening camille for holding up the discharge. April 19, 2010 (TS); Bay Area refunded to the estate re % of distribution allowed to each administrative claimant per insolvency; preparing TFR 7/29/10/LS

Initial Projected Date of Final Report (TFR): 12/01/08        Current Projected Date of Final Report (TFR): 12/01/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 07-05406 -KRM | Trustee Name: | TRACI K. STEVENSON |
|---|---|---|---|
| Case Name: | FARRELL, GEORGE T | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9729 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3183 | | |
| For Period Ending: | 08/02/10 | Blanket Bond (per case limit): | $ 3,748,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/01/09 | | Transfer from Acct #*******8160 | Bank Funds Transfer | 9999-000 | 316.38 | | 316.38 |
| 05/11/09 | 12 | IURILLO & ASSOCIATES, PA | Adversary No. | 1249-000 | 8,500.00 | | 8,816.38 |
| 05/29/09 | 11 | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.62 | | 8,817.00 |
| 06/30/09 | 11 | Union Bank of California | Interest Rate  0.150 | 1270-000 | 1.15 | | 8,818.15 |
| 07/31/09 | 11 | Union Bank of California | Interest Rate  0.150 | 1270-000 | 1.12 | | 8,819.27 |
| 08/31/09 | 11 | Union Bank of California | Interest Rate  0.150 | 1270-000 | 1.12 | | 8,820.39 |
| 09/30/09 | 11 | Union Bank | Interest Rate  0.150 | 1270-000 | 1.08 | | 8,821.47 |
| 10/30/09 | 11 | Union Bank | Interest Rate  0.150 | 1270-000 | 1.08 | | 8,822.55 |
| 11/06/09 | 13 | BAYAREA AUCTION SERVICES, INC | AUCTION PROCEEDS | 1129-000 | 2,970.00 | | 11,792.55 |
| 11/30/09 | 11 | Union Bank | Interest Rate  0.150 | 1270-000 | 1.37 | | 11,793.92 |
| 12/16/09 | 7 | BAY AREA AUCTION SERVICES, INC. | AUCTION PROCEEDS | 1129-000 | 1,760.00 | | 13,553.92 |
| 12/17/09 | 000101 | BAY AREA AUCTION SERVICES 8010 US 19 N. PINELLAS PARK, FL  33781 | AUCTIONEER FEES/EXPENSES | | | 900.00 | 12,653.92 |
| | | | Fees          525.00 | 3610-000 | | | 12,653.92 |
| | | | Expenses      375.00 | 3620-000 | | | 12,653.92 |
| 12/31/09 | 11 | Union Bank | Interest Rate  0.150 | 1270-000 | 1.53 | | 12,655.45 |
| 01/28/10 | 14 | IURILLO & ASSOCIATES | AUCTION PROCEEDS | 1229-000 | 3,850.00 | | 16,505.45 |
| 01/29/10 | 11 | Union Bank | Interest Rate  0.100 | 1270-000 | 1.04 | | 16,506.49 |
| 02/04/10 | 000102 | BAY AREA AUCTION SERVICES 8010 US 19 N. PINELLAS PARK, FL  33781 | AUCTIONEER FEES/EXPENSES | | | 556.00 | 15,950.49 |
| | | | Fees          320.00 | 3610-000 | | | 15,950.49 |
| | | | Expenses      236.00 | 3620-000 | | | 15,950.49 |
| 02/26/10 | 11 | Union Bank | Interest Rate  0.100 | 1270-000 | 1.20 | | 15,951.69 |
| 03/31/10 | 11 | Union Bank | Interest Rate  0.100 | 1270-000 | 1.42 | | 15,953.11 |
| 04/30/10 | 11 | Union Bank | Interest Rate  0.100 | 1270-000 | 1.29 | | 15,954.40 |
| 04/30/10 | | BAY AREA AUCTION SERVICES, INC. | REFUND OF OVERPAYMENT TO BAY AREA | 3610-000 | | -212.61 | 16,167.01 |
| | | | Page Subtotals | | 17,410.40 | 1,243.39 | |

Ver: 15.10d

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 07-05406 -KRM | Trustee Name: | TRACI K. STEVENSON |
|---|---|---|---|
| Case Name: | FARRELL, GEORGE T | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9729  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3183 | | |
| For Period Ending: | 08/02/10 | Blanket Bond (per case limit): | $ 3,748,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/10 | 11 | Union Bank | AUCTION<br>Interest Rate  0.100 | 1270-000 | 1.23 | | 16,168.24 |
| 06/30/10 | 11 | Union Bank | Interest Rate  0.100 | 1270-000 | 1.45 | | 16,169.69 |
| 07/30/10 | 11 | Union Bank | Interest Rate  0.100 | 1270-000 | 1.32 | | 16,171.01 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 17,414.40 | 1,243.39 | 16,171.01 |
| Less:  Bank Transfers/CD's | 316.38 | 0.00 | |
| Subtotal | 17,098.02 | 1,243.39 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 17,098.02 | 1,243.39 | |

Page Subtotals    4.00    0.00

Ver: 15.10d

LFORM24

**UST Form 101-7-TFR (9/1/2009)** *(Page: 6)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-05406 -KRM | Trustee Name: | TRACI K. STEVENSON |
|---|---|---|---|
| Case Name: | FARRELL, GEORGE T | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8160  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3183 | | |
| For Period Ending: | 08/02/10 | Blanket Bond (per case limit): | $ 3,748,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/06/08 | 10 | OUTSKIRTPRESS, INC<br>1094S. PARKER RD., #515<br>PARKER, CO  80134 | ROYALTY PAYMENT | 1290-000 | 116.31 | | 116.31 |
| 10/06/08 | 3 | IURILLO & ASOCIATES PA<br>IOTA TRUST ACCOUNT<br>600 FIRST AVENUE NORTH, STE 308<br>ST. PETERSBURG, FL  33701 | UTILITY REFUND | 1129-000 | 200.00 | | 316.31 |
| 10/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.02 | | 316.33 |
| 11/28/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.02 | | 316.35 |
| 12/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 316.37 |
| 04/30/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 316.38 |
| 05/01/09 | | Transfer to Acct #*******9729 | Bank Funds Transfer | 9999-000 | | 316.38 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| COLUMN TOTALS | 316.38 | 316.38 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 316.38 | |
| Subtotal | 316.38 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 316.38 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| Money Market Account (Interest Earn - ********9729 | 17,098.02 | 1,243.39 | 16,171.01 |
| Money Market Account (Interest Earn - ********8160 | 316.38 | 0.00 | 0.00 |
| | 17,414.40 | 1,243.39 | 16,171.01 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---:|---:|
| Page Subtotals | 316.38 | 316.38 |

Ver: 15.10d

LFORM24

UST Form 101-7-TFR (9/1/2009) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 07-05406 -KRM | Trustee Name: | TRACI K. STEVENSON |
|---|---|---|---|
| Case Name: | FARRELL, GEORGE T | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8160  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3183 | | |
| For Period Ending: | 08/02/10 | Blanket Bond (per case limit): | $ 3,748,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 15.10d

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 07-05406  
Debtor Name: FARRELL, GEORGE T  
Page 1 — Claim Class Sequence  
Date: August 02, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 050 4110-00 | Tierra Verde Community Assoc., Inc. Attn: Nancy Aspesi, Admn Asst c/o Arnold & Burguieres, Atty 1701 ML King St North St Petersburg, FL 33704 | Secured | Filed 09/17/07 allowed secured, no distribution | $0.00 | $0.00 | $0.00 |
| 000003 050 4110-00 | Pinellas County Tax Collector Attn: Betty A Gramley, Tax Manager PO Box 2943 Clearwater FL 33757-2943 | Secured | Filed 10/10/07 allowed secured, no distribution | $0.00 | $0.00 | $0.00 |
| 000005 050 4210-00 | Key Bank 127 Public Square Cleveland, OH 44114 | Secured | Filed 11/05/07 (5-1) Boat Purchase (5-1) Sarasota CCM, Inc. d/b/a Credit Control Mgmt. is assignee of Key Bank allowed secured, no distribution | $0.00 | $0.00 | $0.00 |
| 000008 050 4210-00 | Suntrust Bank Attn. Support Services P.O.Box 85092 Richmond,VA 23286 | Secured | Filed 06/18/08 (8-1) 07 Ford Expedition (8-1) Pay@9.99%ins rate arrearage 6196.58 allowed secured, no distribution | $0.00 | $0.00 | $0.00 |
| 000002-1 058 5800-00 | Internal Revenue Service Attn Chief Insolvency PO Box 21125 Philadelphia PA 19114 | Priority | Filed 09/28/07 amended by Claim 2-2 | $0.00 | $0.00 | $0.00 |
| 000002-2PT 058 5800-00 | Internal Revenue Service Attn Chief Insolvency PO Box 21125 Philadelphia PA 19114 | Priority | Filed 10/04/07 amends Claim 2-1 | $25,027.73 | $0.00 | $25,027.73 |
| 000002-2PT 080 7300-00 | Internal Revenue Service Attn Chief Insolvency PO Box 21125 Philadelphia PA 19114 | Unsecured | Filed 10/04/07 amends Claim 2-2 | $3,858.00 | $0.00 | $3,858.00 |
| 000004 070 7100-00 | B-Real, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | Filed 10/25/07 | $1,196.32 | $0.00 | $1,196.32 |
| 000006 080 7200-00 | Innovative Bank Attn: S.A.D. 360 14th Street Oakland, CA 94612 | Unsecured | Filed 11/29/07 allowed late | $4,144.26 | $0.00 | $4,144.26 |
| 000007 080 7200-00 | Innovative Bank Attn: S.A.D. 360 14th Street Oakland, CA 94612 | Unsecured | Filed 11/29/07 allowed late | $4,892.54 | $0.00 | $4,892.54 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-05406 | Page 2 | | | Date: August 02, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | FARRELL, GEORGE T | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $39,118.85 | $0.00 | $39,118.85 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8:07-bk-05406-KRM
Case Name: FARRELL, GEORGE T
Trustee Name: TRACI K. STEVENSON

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| Tierra Verde Community Assoc., Inc. | $ |
| Pinellas County Tax Collector | $ |
| Key Bank | $ |
| Suntrust Bank | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: TRACI K. STEVENSON | $ | $ |
| Attorney for trustee: Iurillo & Associates, P.A. | $ | $ |
| Appraiser: SOS Appraisals, Inc. | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: Clerk, United States Bankruptcy Court | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000002-2PT* | *Internal Revenue Service* | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000004* | *B-Real, LLC* | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

  Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

  Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000006* | *Innovative Bank* | $_____ | $_____ |
| *000007* | *Innovative Bank* | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000002-2PT* | *Internal Revenue Service* | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

  The amount of surplus returned to the debtor after payment of all claims and interest is $_____.