**UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION**

In re: §
§
FARRELL, GEORGE T § Case No. 07-05406 KRM
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

TRACI K. STEVENSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/TRACI K. STEVENSON _____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Am South Bank 1901 5th Ave Nth, 8th Floor Birmingham, AL 35203 | | | | | |
| | Countrywide Home Loans PO Box 961206 Fort Worth, TX 76161 | | | | | |
| | Pinellas County Economic Development 600 Cleveland Street Suite 800 Clearwater, FL 33755 | | | | | |
| 000003 | PINELLAS COUNTY TAX COLLECTOR | | | | | |
| 000001 | TIERRA VERDE COMMUNITY ASSOC., INC. | | | | | |
| 000005 | KEY BANK | | | | | |
| 000008 | SUNTRUST BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRACI K. STEVENSON | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRACI K. STEVENSON | | | | | |
| CLERK, U S BANKRUPTCY COURT, ADV | | | | | |
| IURILLO & ASSOCIATES | | | | | |
| IURILLO & ASSOCIATES, P.A. | | | | | |
| BAY AREA AUCTION SERVICES | | | | | |
| BAY AREA AUCTION SERVICES | | | | | |
| BAY AREA AUCTION SERVICES, INC. | | | | | |
| BAY AREA AUCTION SERVICES | | | | | |
| BAY AREA AUCTION SERVICES | | | | | |
| SOS APPRAISALS, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002-2PT | INTERNAL REVENUE SERVICE | | | | | |
| 000002-1 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AM South Bank 1901 5th Ave North, 8th Floor Birmingham, AL 35203 | | | | | |
| | Key Bank 127 Public Square Cleveland, Ohio 44114 | | | | | |
| | Pat Milam 8225 Richmond Street Gibsonton, FL 33534 | | | | | |
| 000004 | B-REAL, LLC | | | | | |
| 000006 | INNOVATIVE BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | INNOVATIVE BANK | | | | | |
| 000002-2PT | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 07-05406 KRM Judge: K. RODNEY MAY | Trustee Name: | TRACI K. STEVENSON |
|---|---|---|---|
| Case Name: | FARRELL, GEORGE T | Date Filed (f) or Converted (c): | 06/26/07 (f) |
| | | 341(a) Meeting Date: | 07/25/07 |
| For Period Ending: | 12/21/10 | Claims Bar Date: | 11/26/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 680,000.00 | 0.00 | DA | 0.00 | FA |
| amended value to $680,000.00, all liened | | | | | |
| 2. vacant land | 2,650,000.00 | 0.00 | DA | 0.00 | FA |
| 3. DEPOSITS | 400.00 | 200.00 | | 200.00 | FA |
| 4. HOUSEHOLD GOODS | 20,000.00 | 0.00 | DA | 0.00 | FA |
| amended value to $400.00, original schedules $20,000.00 | | | | | |
| 5. BOOKS AND ART OBJECTS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL | 8,000.00 | 0.00 | DA | 0.00 | FA |
| amended value,$380.00; original scheduled value $8,000.00 | | | | | |
| 7. JEWELRY | 10,000.00 | 1,760.00 | | 1,760.00 | FA |
| 8. interest in milmarson develpment | 2,650,000.00 | 0.00 | DA | 0.00 | FA |
| 9. OFFICE EQUIPMENT | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10. MISC - ROYALTY CHECK (u) | 0.00 | 116.31 | | 116.31 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 18.09 | FA |
| 12. COMPROMISE re Adversary (u) | 0.00 | 8,500.00 | | 8,500.00 | FA |
| 13. 1998 MERCEDES C230 (u) | 0.00 | 2,970.00 | | 2,970.00 | FA |
| 14. 1998 MERCEDES ML 320 (u) | 0.00 | 3,850.00 | | 3,850.00 | FA |
| 15. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 16. FORD EXPEDITION | 35,000.00 | 0.00 | DA | 0.00 | FA |
| AMENDED SCHEDULES | | | | | |
| 17. REGAL BOAT | 45,000.00 | 0.00 | DA | 0.00 | FA |
| AMENDED SCHEDULES | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $6,101,400.00       $17,396.31       $17,414.40       $0.00

(Total Dollar Amount in Column 6)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 07-05406    KRM    Judge: K. RODNEY MAY | Trustee Name: TRACI K. STEVENSON |
| Case Name: | FARRELL, GEORGE T | Date Filed (f) or Converted (c): 06/26/07 (f) |
| | | 341(a) Meeting Date: 07/25/07 |
| | | Claims Bar Date: 11/26/07 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

needs to change 341. has an LLC July 13, 2007 (TS)// took rolex, sell, send appr. on PP. ex. ok. August 22, 2007, 11:46 am// sent to camille iurillo. September 04, 2007 (TS)// obj. to ex. September 20, 2007 (TS) // rcvd tc from Sara REichardson 464-3354 x 43131. I lm that I hired Camille September 20, 2007 (TS)// hrg today, w/ debtor, he is trying to dismiss. wife threatened camille, had to have marshall escort to car. January 08, 2008 (TS)// see attached e-m  February 19, 2008, 10:03 am// see attached eom March 06, 2008 (TS)//see attached e-mail March 24, 2008 (TS)// tc w/ atty iurillo, will amend complaint for turnover o boats and autos. trustee went to address in tierra verde and no autos or boats, prop. is vacant.April 10, 2008, 03:38 pm// lm for karenh at camille's office, yes I will be at the trial on tues. 5/27 bvMay 18, 2008, 09:03 pm// made criminal referral June 14, 2008, 01:38 pm//cal for turnover from ord on 7/17/08 June 19, 20September 04, 2008, 03:21 pm 8 (TS)// NO TURNOVER, SHOW CAUSE ORDER WILL BE ISSUED// see att. e-m September 18, 2008, 05:13 pm// see update on att e-m from camille October 08, 2008 (TS)// see another e-m from atty uirillo October 21, 2008 (TS)// msg from atty office, debtor agreed to pay $20,000 over 4 month period. compr. will be filed November 03, 2008 (TS)//// see attached appra. by e-m November 18, 2008 (TS)// see e-m re: pick up stuff w/ marshall's. , appeal filed by wife, wait to see January 15, 2009 (TS)//see attached e-m on compr. of sale of mercedesJune 14, 2009, 11:47 am spoke with george to get title for car dropped of at bay area he said he would look for title if he can not find it he will get replacementJuly 13, 2009, 03:10 pm (AH)nos filed for 2nd mercedes.September 09, 2009 (BW)// sending wathc to Haypennie appr. September 15, 2009 (TS)//     app to pay and order filed.October 13, 2009 (BW)     FILED APP TO PAY & ORDER ON MERCEDES.November 16, 2009 (BW)    FILED BOS FOR MERCEDES TO BUYER AT AUCTION.November 16, 2009 (BW)// merc. sold, anything else? ck file before closing. January 17, 2010 (TS)     FILED APP AND ORDER TO PAY AUCTIONEER.January 26, 2010 (BW)//    fee app from atty attached February 05, 2010 (TS)/    see e-m from debot threatening camille for holding up the discharge. April 19, 2010 (TS); Bay Area refunded to the estate re % of distribution allowed to each administrative claimant per insolvency; preparing TFR 7/29/10/LS

Initial Projected Date of Final Report (TFR): 12/01/08        Current Projected Date of Final Report (TFR): 12/01/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-05406 -KRM | Trustee Name: | TRACI K. STEVENSON |
| --- | --- | --- | --- |
| Case Name: | FARRELL, GEORGE T | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9729 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3183 | | |
| For Period Ending: | 12/21/10 | Blanket Bond (per case limit): | $ 3,748,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/01/09 | | Transfer from Acct #*******8160 | Bank Funds Transfer | 9999-000 | 316.38 | | 316.38 |
| 05/11/09 | 12 | IURILLO & ASSOCIATES, PA | Adversary No. | 1249-000 | 8,500.00 | | 8,816.38 |
| 05/29/09 | 11 | Union Bank of California | Interest Rate  0.150 | 1270-000 | 0.62 | | 8,817.00 |
| 06/30/09 | 11 | Union Bank of California | Interest Rate  0.150 | 1270-000 | 1.15 | | 8,818.15 |
| 07/31/09 | 11 | Union Bank of California | Interest Rate  0.150 | 1270-000 | 1.12 | | 8,819.27 |
| 08/31/09 | 11 | Union Bank of California | Interest Rate  0.150 | 1270-000 | 1.12 | | 8,820.39 |
| 09/30/09 | 11 | Union Bank | Interest Rate  0.150 | 1270-000 | 1.08 | | 8,821.47 |
| 10/30/09 | 11 | Union Bank | Interest Rate  0.150 | 1270-000 | 1.08 | | 8,822.55 |
| 11/06/09 | 13 | BAYAREA AUCTION SERVICES, INC | AUCTION PROCEEDS | 1129-000 | 2,970.00 | | 11,792.55 |
| 11/30/09 | 11 | Union Bank | Interest Rate  0.150 | 1270-000 | 1.37 | | 11,793.92 |
| 12/16/09 | 7 | BAY AREA AUCTION SERVICES, INC. | AUCTION PROCEEDS | 1129-000 | 1,760.00 | | 13,553.92 |
| 12/17/09 | 000101 | BAY AREA AUCTION SERVICES 8010 US 19 N. PINELLAS PARK, FL  33781 | AUCTIONEER FEES/EXPENSES | | | 900.00 | 12,653.92 |
| | | | Fees            525.00 | 3610-000 | | | |
| | | | Expenses    375.00 | 3620-000 | | | |
| 12/31/09 | 11 | Union Bank | Interest Rate  0.150 | 1270-000 | 1.53 | | 12,655.45 |
| 01/28/10 | 14 | IURILLO & ASSOCIATES | AUCTION PROCEEDS | 1229-000 | 3,850.00 | | 16,505.45 |
| 01/29/10 | 11 | Union Bank | Interest Rate  0.100 | 1270-000 | 1.04 | | 16,506.49 |
| 02/04/10 | 000102 | BAY AREA AUCTION SERVICES 8010 US 19 N. PINELLAS PARK, FL  33781 | AUCTIONEER FEES/EXPENSES | | | 556.00 | 15,950.49 |
| | | | Fees            320.00 | 3610-000 | | | |
| | | | Expenses    236.00 | 3620-000 | | | |
| 02/26/10 | 11 | Union Bank | Interest Rate  0.100 | 1270-000 | 1.20 | | 15,951.69 |
| 03/31/10 | 11 | Union Bank | Interest Rate  0.100 | 1270-000 | 1.42 | | 15,953.11 |
| 04/30/10 | 11 | Union Bank | Interest Rate  0.100 | 1270-000 | 1.29 | | 15,954.40 |
| 04/30/10 | | BAY AREA AUCTION SERVICES, INC. | REFUND OF OVERPAYMENT TO BAY AREA | 3610-000 | | -212.61 | 16,167.01 |

Page Subtotals   17,410.40   1,243.39

Ver: 16.01a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-05406 -KRM | Trustee Name: | TRACI K. STEVENSON |
|---|---|---|---|
| Case Name: | FARRELL, GEORGE T | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9729 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3183 | | |
| For Period Ending: | 12/21/10 | Blanket Bond (per case limit): | $ 3,748,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/10 | 11 | Union Bank | AUCTION Interest Rate 0.100 | 1270-000 | 1.23 | | 16,168.24 |
| 06/30/10 | 11 | Union Bank | Interest Rate 0.100 | 1270-000 | 1.45 | | 16,169.69 |
| 07/30/10 | 11 | Union Bank | Interest Rate 0.100 | 1270-000 | 1.32 | | 16,171.01 |
| 10/21/10 | 000103 | Camille Iurillo, Esquire<br>Iurillo & Associates, P.A.<br>600 First Avenue North<br>Suite 308<br>St. Petersburg, FL 33701 | Attorney for Trustee Expenses (Othe | 3210-000 | | 2,397.91 | 13,773.10 |
| 10/21/10 | 000104 | TRACI K. STEVENSON<br>P.O. BOX 86690<br>MADEIRA BEACH, FL 33738 | Chapter 7 Compensation/Fees | 2100-000 | | 2,128.59 | 11,644.51 |
| 10/21/10 | 000105 | TRACI K. STEVENSON<br>P.O. BOX 86690<br>MADEIRA BEACH, FL 33738 | Chapter 7 Expenses | 2200-000 | | 39.42 | 11,605.09 |
| 10/21/10 | 000106 | SOS Appraisals, Inc.<br>11758 78th Terrace<br>Seminole, FL 33772 | Claim APPR, Payment 100.00000% | 3711-000 | | 119.61 | 11,485.48 |
| 10/21/10 | 000107 | Iurillo & Associates, P.A.<br>Attn: Camille Iurillo, Esquire<br>600 First Avenue North<br>Suite 308<br>St. Petersburg, FL 33701 | Claim ATTY, Payment 100.00000% | 3210-000 | | 11,271.89 | 213.59 |
| 10/21/10 | 000108 | Clerk, United States Bankruptcy Court<br>801 N. Florida Avenue<br>Suite 555<br>Tampa, FL 33602 | Claim CLERK, Payment 100.00000% | 2700-000 | | 213.59 | 0.00 |

Page Subtotals   4.00   16,171.01

Ver: 16.01a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-05406 -KRM | Trustee Name: | TRACI K. STEVENSON |
|---|---|---|---|
| Case Name: | FARRELL, GEORGE T | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******9729  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3183 | | |
| For Period Ending: | 12/21/10 | Blanket Bond (per case limit): | $ 3,748,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,414.40 | 17,414.40 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 316.38 | 0.00 | |
| | | | Subtotal | | 17,098.02 | 17,414.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 17,098.02 | 17,414.40 | |

Page Subtotals        0.00        0.00

Ver: 16.01a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-05406 -KRM | Trustee Name: | TRACI K. STEVENSON |
|---|---|---|---|
| Case Name: | FARRELL, GEORGE T | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******8160  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3183 | | |
| For Period Ending: | 12/21/10 | Blanket Bond (per case limit): | $ 3,748,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/06/08 | 10 | OUTSKIRTPRESS, INC<br>1094S. PARKER RD., #515<br>PARKER, CO  80134 | ROYALTY PAYMENT | 1290-000 | 116.31 | | 116.31 |
| 10/06/08 | 3 | IURILLO & ASOCIATES PA<br>IOTA TRUST ACCOUNT<br>600 FIRST AVENUE NORTH, STE 308<br>ST. PETERSBURG, FL  33701 | UTILITY REFUND | 1129-000 | 200.00 | | 316.31 |
| 10/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.02 | | 316.33 |
| 11/28/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.02 | | 316.35 |
| 12/31/08 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 316.37 |
| 04/30/09 | 11 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 316.38 |
| 05/01/09 | | Transfer to Acct #*******9729 | Bank Funds Transfer | 9999-000 | | 316.38 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 316.38 | 316.38 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 316.38 | |
| Subtotal | | 316.38 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 316.38 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********9729 | 17,098.02 | 17,414.40 | 0.00 |
| Money Market Account (Interest Earn - ********8160 | 316.38 | 0.00 | 0.00 |
| | 17,414.40 | 17,414.40 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      316.38      316.38

Ver: 16.01a

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 07-05406 -KRM | | Trustee Name: | TRACI K. STEVENSON |
| --- | --- | --- | --- | --- |
| Case Name: | FARRELL, GEORGE T | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8160 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3183 | | | |
| For Period Ending: | 12/21/10 | | Blanket Bond (per case limit): | $ 3,748,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 16.01a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*